1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169, Ext. 13
   Facsimile: (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for Mr. Jose Baudilo Gastelum
6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9
                     (**HONORABLE PETER C. LEWIS**)
10
   UNITED STATES OF AMERICA,        )   CASE NO.   08mj8509
11                                  )
                                    )   DATE:      June 19, 2008
12            Plaintiff,            )   TIME:      1:30 p.m.
   v.                               )   **PLACE:    United States District**
13                                  )   **           Courthouse, El Centro, Ca.**
                                    )
14                                  )   NOTICE OF MOTIONS:
   JOSE BAUDILIO GASTELUM,          )
15                                  )   (1)   TO COMPEL DISCOVERY;
                                    )   (2)   TO PRESERVE EVIDENCE; AND,
16            Defendant.            )   (3)   TO INCORPORATE MOTIONS
                                    )         INTO INDICTED CASE.
17 _____ )   _____

18

19 TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY,
         CHARLOTTE KAISER, ASSISTANT UNITED STATES ATTORNEY, AND
20       JOHN WEIS, ASSISTANT UNITED STATES ATTORNEY:

21       PLEASE TAKE NOTICE that on June 19, 2008, at 1:30 p.m., **at the United States**

22 **District Courthouse in El Centro, California**, or as soon thereafter as counsel may be

23 heard, the defendant, Jose Gastelum, by and through his counsel, Robert Rexrode, will ask

24 this Court to enter an order granting the following motions.

25                                **MOTIONS**

26       The defendant, Jose Gastelum, by and through his attorney, Robert Rexrode, pursuant

27 to the United States Constitution, the Federal Rules of Criminal Procedure, and all other

28 applicable statutes, case law and local rules, hereby moves this Court for an order:

1  1) to compel discovery;
   2) to preserve evidence; and,
2  3) to incorporate motions into indicted case.

3  These motions are based upon the instant motions and notice of motions, the attached

4 statement of facts and memorandum of points and authorities, and all other materials that

5 may come to this Court's attention at the time of the hearing on these motion.

6

7                                          Respectfully submitted,

8

    Dated: June 13, 2008                    /s/ Robert H. Rexrode
9                                          **ROBERT H. REXRODE, III**
                                           Attorneys for Mr. Gastelum
10                                         robert_rexrode@rexrodelawoffices.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         2                              08mj8509

1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California 92101
3  Telephone: (619) 233-3169, Ext. 13
   Facsimile: (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5
   Attorneys for Mr. Jose Baudilo Gastelum
6

7
                   UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9
                    (**HONORABLE PETER C. LEWIS**)
10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08mj8509 |
| Plaintiff, | ) | |
| v. | ) | STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND |
| JOSE BAUDILIO GASTELUM, | ) | AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTIONS. |
| Defendant. | ) | |

16                                    **I.**

17                          **FACTUAL HISTORY**[1]

18     Agents arrested Mr. Gastelum on June 5, 2008. They did so after using a spike-strip
19  (euphemistically described by agents as a Controlled Tire Deflation Device) to puncture the
20  tires of a car allegedly driven by Mr. Gastelum. Once agents stopped the car, they discovered
21  six undocumented immigrants. Agents chose to retain three of these immigrants. At the
22  request of Mr. Gastelum, the government retained a fourth immigrant from the car.
23     Mr. Gastelum is now facing charges related to transporting these immigrants. The
24  government intends to seek an indictment on these events and defense counsel expects
25  Mr. Gastelum to arraigned on an indictment at his next court date–June 19, 2008.

---

[1] The following facts are based on information provided by the government. Mr. Gastelum does not admit their accuracy and reserves the right to challenge them.

## II.

## MOTION COMPEL DISCOVERY

The following discovery request is a limited, preliminary request. Recognizing that discovery motions are normally heard in this district by the district judge assigned to a case, Mr. Gastelum has limited his current request to information that may become worthless if not disclosed at this point.

**1. Identities and Contact Information of Those in the Car**

Mr. Gastelum requests disclosure of the identities and contact information of the three undocumented immigrants involved in this case who were not initially retained as material witnesses by agents. According to the complaint in this case, agents retained three people as material witnesses: Jose Toledo-Corrales, Blanca Morado-Lopez, and Ernesto Martinez-Mosqueda. Also according to the complaint, however, there were three other undocumented immigrants in the car. Defense counsel has reason to believe that the government has retained, at Mr. Gastelum's request, a fourth individual.

Mr. Gastelum requests disclosure of the three as-yet-unidentified immigrants referred to in the compliant. These people are percipient witnesses to the alleged crime committed by Mr. Gastelum and their identities are thus discoverable. *See*, *e.g.*, *Roviaro v. United States*, 353 U.S. 52, 61-62 (1957). Defense counsel also has a good-faith belief that their observations may be material to the preparation of Mr. Gastelum's defense, and thus any documents or data related to these individuals are discoverable under Federal Rule of Criminal Procedure, Rule 16 (a)(1)(E)(i). Additionally, the government has an affirmative duty to disclose information which exculpates or tends to exculpate Mr. Gastelum. *Brady v. Maryland*, 373 U.S. 83 (1963). And last, as a matter of simple fairness and due process, the government should disclose those people are witnesses to the events that led to Mr. Gastlum's arrest, particularly when Mr. Gastelum does not have the ability to ascertain the identities of these witnesses.

//

//

**III.**

**MOTION TO PRESERVE EVIDENCE**

Again, the motion below to preserve evidence is a limited, preliminary request.

**1. Material Witnesses**

Agents retained three of the six undocumented immigrants involved in this case. Mr. Gastelum has reason to believe the government secured the retention of a fourth individual. Mr. Gastelum requests that this fourth individual be held in the United States, pending his ability to interview this individual. Mr. Gastelum also requests that the remaining two individuals be held in the United States, pending his ability to interview these individuals. For the reasons discussed above in his motion to compel discovery, Mr. Gastelum believes this request a proper one. Recognizing, however, the cost of his request–to both these individuals and the government–Mr. Gastelum will expedite his interviews.

**2. Car Allegedly Driven by Mr. Gastelum**

Mr. Gastelum requests the government preserve the car allegedly driven by Mr. Gastelum in this case. *See* Fed. R. Crim. P. (a)(1)(E)(i).

**3. Border Patrol Cars Involved in Arrest**

Mr. Gastelum acknowledges this is an odd request. Nonetheless, defense counsel has a good-faith belief that the condition of the Border Patrol cars involved in Mr. Gastelum's arrest will be material to Mr. Gastelum's defense. They are thus discoverable under Federal Rule of Criminal Procedure, Rule 16 (a)(1)(E)(i). Not wanting to seem unreasonable, however, Mr. Gastelum merely requests the opportunity to inspect and photograph the *exterior* of these cars *in the same condition* as they were following Mr. Gastelum's arrest. He therefore requests an order preserving these cars in the condition they appeared following Mr. Gastelum's arrest. Mr. Gastelum will expedite his inspection and photography to limit any inconvenience to the Border Patrol.

//

//

1    **4. Law Enforcement Communications Related to the Arrest**

2    Mr. Gastelum requests preservation of any recorded communications between agents
3    as they relate to Mr. Gastelum's arrest on June 5, 2008. Defense counsel has a good-faith
4    belief that these communications may be material to the preparation of Mr. Gastelum's
5    defense, and thus are discoverable under Federal Rule of Criminal Procedure, Rule 16
6    (a)(1)(E)(i). Recognizing, however, that this case is in its early stages, at this point,
7    Mr. Gastelum is simply requesting the preservation of these recorded communications.

8    **IV.**

9    **MOTION TO INCORPORATE MOTIONS INTO INDICTED CASE**

10   The government intends to seek an indictment on these events and defense counsel
11   expects Mr. Gastelum to arraigned on an indictment at his next court date–June 19, 2008.
12   If this turns out to be the case, Mr. Gastelum requests that the above motions be incorporated
13   into that indicted case.

14   **V.**

15   **CONCLUSION**

16   Mr. Gastelum requests this Court grant his motions.

18   Respectfully submitted,

19   /s/ Robert H. Rexrode
     Dated: June 13, 2008          **ROBERT H. REXRODE, III**
20   Attorney for Mr. Gastelum
     robert_rexrode@rexrodelawoffices.com

1  **ROBERT H. REXRODE, III**
   California State Bar No. 230024
2  427 C Street, Suite 300
   San Diego, California  92101
3  Telephone:  (619) 233-3169, ext. 13
   Facsimile:    (619) 684-3553
4  robert_rexrode@rexrodelawoffices.com

5

6  Attorney for Mr. Jose Baudilo Gastelum

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

                          (**HONORABLE PETER C. LEWIS**)
10
    UNITED STATES OF AMERICA,        )   CASE NO.  08mj8509
11                                   )
              Plaintiff,             )
12  v.                               )
                                     )   PROOF OF SERVICE
13  JOSE BAUDILIO GASTELUM,          )
                                     )
14            Defendant.             )
    _____)   _____
15

16
         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best
17
    of his information and belief, and that a copy of the foregoing document has been served via
18
    CM/ECF and email this day upon:
19

20       Charlotte Kaiser, Assistant United States Attorney
         charlotte.kaiser@usdoj.gov
21       John Weis, Assistant United States Attorney
         john.weis@usdoj.gov
22

23

24                                   Respectfully submitted,

25                                   /s/    Robert H. Rexrode

26  Dated: June 13, 2008             **ROBERT H. REXRODE, III**
                                     Attorney for Defendant
27                                   robert_rexrode@rexrodelawoffices.com

28